

# Memorandum

**To:** Honorable Denise J. Casper, U.S. District Judge

**From:** Charnee Alkins, U.S. Probation Officer

**Date:** February 16, 2021

**Re:** Hidel Romero Sanchez (Docket No.: 1:19CR10084)
Financial Obligation and Request for Payment Schedule

---

On May 7, 2020, Mr. Romero was sentenced to a time served sentence, followed by 18 months of supervised release, after pleading guilty to False Statements in an Application and Use of Passport, in violation of 18 U.S.C. § 1542; False Statements in Matters Relating to Health Care, in violation of 18 U.S.C. § 1035(a)(2); and False Representations of a Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B). He was assessed a $500 special assessment fee and $29,800.00 in restitution. Mr. Romero has yet to make any payments towards his special assessment fee or his restitution.

Due to the nature of Mr. Romero's immigration status and instant offense, Mr. Romero is being supervised by I.C.E. and subject to GPS location monitoring by I.C.E. and does not have the authority to work in the United States.

This memorandum serves as notification that Mr. Romero is presently unable to make payments towards his restitution or special assessment since Mr. Romero is still waiting for I.C.E to approve his ability to work and is not accruing consistent income. As such, we are respectfully requesting that his payments be suspended at this time. Should I.C.E approve his ability to work or if his financial situation improves, Probation will reassess his ability to pay and will notify Your Honor accordingly.

It is respectfully requested that the Court indicate its position on the proposed payment suspension below.

                                            Respectfully submitted by:
                                            /s/ Charnee Alkins
                                            Charnee Alkins
                                            U.S. Probation Officer

Reviewed/Approved by:
/s/ Gina Affsa
Gina Affsa
Supervising U.S. Probation Officer

1

[X]  The defendant's monthly payments shall be suspended

[ ]  Other: _____

_____
Honorable Denise J. Casper
U.S. District Judge

Date___2/22/2021_____