# MEMORANDUM

| | |
|---|---|
| **To:** | The Honorable Denise J. Casper, U.S. District Judge |
| **From:** | April Nichols, U. S. Probation Officer Assistant |
| **Date:** | April 26, 2021 |
| **Re:** | **ROMERO SANCHEZ, Hidel** <br> **Dkt.#: 19-CR-10084** <br> **Terminate Supervision with Outstanding Restitution Balance** |

On 5/7/20, the above-captioned defendant appeared before Your Honor for sentencing upon pleading guilty to one count of False Statement in Application and Use of Passport, in violation of 18 U.S.C. § 1542, one count of False Statement in Matters Relating to Health Care in violation of 18 U.S.C. § 1035 (a)(2), and three counts of False Representation of Social Security Number in violation of 18 U.S.C. § 408 (a)(7)(B). Mr. Romero was sentenced to time served, 18 months of supervised release, and was ordered to pay $29,800.00 restitution and a special assessment in the amount of $500.00.

Mr. Romero commenced his term of supervised release on 6/10/20 upon being released from ICE custody. Mr. Romero is scheduled to complete his term of supervised release on 11/6/21. While on supervised release, the defendant has also been supervised by ICE, but has not been granted the authority to work. Due to a lack of income, Mr. Romero has been unable to make payments toward his restitution, therefore the full balance of $29,800.00 is currently outstanding.

At this time, the Probation Office recommends that Mr. Romero's sentence of supervised release terminate on schedule, despite that much of the restitution remains outstanding.

If Your Honor concurs with this recommendation, please indicate below.

Reviewed/Approved by:

*/s/ Gina P Affsa*
Gina P Affsa
Supervisory U.S. Probation Officer

Respectfully submitted,

*/s/ April  Nichols*
April  Nichols
U.S. Probation Officer Assistant

__X__   The defendant may terminate from supervision with outstanding restitution.

_____   The defendant may NOT terminate from supervision with outstanding restitution.

_/s/ Denise J. Casper_____                               _April 29, 2021_____
Honorable Denise J. Casper                                                    Date
U.S. District Judge